L. O. MIX, APPELLANT, v. SAN DIEGO AND CUY-
AMACA RAILROAD COMPANY ET AL., RESPOND-
ENTS.

APPEAL — REVIEW OF NONSUIT — NEW-TRIAL STATEMENT NOT FILED. —
A statement on motion for trial copied into the transcript on appeal,
which does not appear to have been filed after it was settled, is no part
of the record, and cannot be considered in aid of the appeal, or in review
of an order granting a nonsuit.

ID. — APPEAL FROM JUDGMENT — NEW-TRIAL STATEMENT NOT USED. —
If the record does not show that a statement of the case was used on
motion for new trial, it cannot be made the basis of an appeal from the
judgment.

APPEAL from a judgment of the Superior Court of
San Diego County, and from an order denying a new
trial.

The facts are stated in the opinion of the court.

*Cassius Carter, S. C. McCormick,* and *Leovy & Humes,*
for Appellant.

*Hunsaker, Britt & Goodrich,* for Respondents.

WORKS, J.—This is an appeal from a judgment of
nonsuit. A statement of the case is copied into the
transcript, but it does not appear to have been filed in
the court below after it was settled. This being so, it is
no part of the record, and cannot be looked to in aid of
this appeal; and as the only ruling complained of de-
pends upon the evidence given at the trial, the position
taken by the appellant has nothing to support it. (*Mills*
v. *Dearborn,* 82 Cal. 51, 55.) Besides, it does not appear
that the statement was used on motion for a new trial,
and for that reason it cannot be the basis of an appeal
from the judgment. (*Jue Fook Sam* v. *Lord,* 83 Cal. 160.)

Judgment affirmed.

Fox, J., and PATERSON, J., concurred.